Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Office phone: (212) 226-2883**
**Mobile phone: (917) 549-6818**

| **NJ address:** | **NY address:** |
|---|---|
| 135 Prospect Street | 52 Duane Street, 7th floor |
| Ridgewood, NJ 07450 | New York, NY 10007 |

June 28, 2025

Hon. Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
**The motion at Dkt. No. 54 is denied as moot.**
**The Sentencing hearing will proceed as scheduled on September 17, 2025.**

8/29/2025   SO ORDERED.
/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Re:  United States v. Wander Rivera
      24 Cr 417 (LJL)

Dear Judge Liman:

    I am defense counsel for Wander Rivera, who is scheduled to be sentenced on September 17, 2025. I hereby withdraw my motion (ECF No. 54) to adjourn the sentencing hearing.

    After consultation with United States Probation Officer Jill Spitalieri, I understand that the draft PSR is currently due on July 17, 2025, and the final PSR is due on August 14, 2025. Because we are just now scheduling the presentence interview, we respectfully request that those due dates can be pushed back two weeks, to July 31st and August 28th respectively.

    Assistant United States Attorneys Frank Balsamello and Brandon Harper inform me that they have no objection to this application.

Sincerely,

/s/ Donald Yannella

Donald Yannella, Esq.