Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone: (212) 226-2883
Mobile phone: (917) 549-6818

| | |
|---|---|
| **NJ address:** | **NY address:** |
| 135 Prospect Street | 52 Duane Street, 7th floor |
| Ridgewood, NJ 07450 | New York, NY 10007 |

September 10, 2025

Hon. Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for September 17, 2025 is rescheduled to October 1, 2025 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. Sentencing submissions are due as proposed.
>
> 9/10/2025   SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge

Re: United States v. Wander Rivera
24 Cr 417 (LJL)

Dear Judge Liman:

    I am defense counsel for Wander Rivera, who is scheduled to be sentenced in the instant case on September 17, 2025. I respectfully request a two-week adjournment because I have been unable to complete my sentencing submission.

    I respectfully request that my sentencing memorandum be due on September 12, 2025, with the Government's sentence memo due one week thereafter.

    AUSA Frank Balsamello informs me that he has no objection to this application.

Sincerely,

/s/ Donald Yannella

Donald Yannella, Esq.